UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFANO,

                Plaintiff,

        -against-

KRASNE,

               Defendants.

**ORDER**

23-CV-07291 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today in person in Courtroom 520 for a pre-motion conference.

The Court heard oral argument on Defendant's pending motion to dismiss. (Doc. 31). For the reasons stated on the record and the law cited therein, the motion is GRANTED and the Complaint is dismissed without prejudice for lack of subject matter jurisdiction.

In light of the Court's ruling on Defendant's motion to dismiss, Plaintiff's application for leave to move for summary judgment on her breach of contract claim is rendered moot and therefore denied. (Doc. 26).

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 31) and close this case.

SO ORDERED:

Dated:   White Plains, New York
         April 22, 2024

                                                  PHILIP M. HALPERN
                                                  United States District Judge