**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ALFANO,

                Plaintiff,

    -against-                                          23 **CIVIL** 7291 (PMH)

                                                                          **<u>JUDGMENT</u>**

KRASNE,

                Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2024, the motion is GRANTED and the Complaint is dismissed without prejudice for lack of subject matter jurisdiction.  In light of the Court's ruling on Defendant's motion to dismiss, Plaintiff's application for leave to move for summary judgment on her breach of contract claim is rendered moot and therefore denied; accordingly, the case is closed.

**Dated:**  New York, New York

      April 23, 2024

                                                                  **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                               **BY:**            *K. Mango*

                                                                    **Deputy Clerk**